IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CV-95-F

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                  :  **DEFAULT JUDGMENT**

RENTERIA PERSONAL PROPERTY,
SPECIFICALLY: A SMITH AND
WESSON .44 MAGNUM PISTOL,
SERIAL NUMBER AHH1710,

        Defendant.


This matter is before the Court on Plaintiff's Renewed Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the record owner of the defendant and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

    1. Process was duly issued in this cause and the defendant was duly seized by the United States Marshal pursuant to said process;

    2. On October 16, 2008, Bobbie J. Coffey filed a claim to the defendant property. However, Ms. Coffey has not filed an answer pursuant to Supplemental Rule G(5), after having ample opportunity to do so.

3. No other entitled persons have filed any claim to the defendant nor answer regarding it within the time fixed by law; and

4. The well-plead allegations of the Complaint in respect to the defendant are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendant;

2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

3. The defendant is forfeited to the United States of America; and

4. The United States Marshal is hereby directed to dispose of the defendant according to law, including destruction.

SO ORDERED this 16 day of March, 2009.

*James C Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE